IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNSYLVANIA PROFESSIONAL LIABILITY JOINT UNDERWRITING ASSOCIATION,** | : : : : | CIVIL ACTION NO. 1:18-CV-1308 |
| | : | (Chief Judge Conner) |
| Plaintiff | : : | |
| v. | : : | |
| **TOM WOLF**, in his Official Capacity as Governor of the Commonwealth of Pennsylvania, *et al.*, | : : : : | |
| Defendants | : : | |

## ORDER

AND NOW, this 18th day of July, 2018, upon consideration of the motion (Doc. 3) for preliminary injunction by the Pennsylvania Professional Liability Joint Underwriting Association ("Association"), the parties' briefs in support of and in opposition to said motion, and the arguments presented during oral argument on July 6, 2018, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The Association's motion (Doc. 3) for preliminary injunction is GRANTED.

2. Defendants, together with all those acting in concert with them, are PRELIMINARILY ENJOINED from enforcing, directing enforcement, or permitting enforcement of Sections 3, 4, and 5 of Act 41 of 2018 ("Act 41"), No. 41, 2018 Pa. Laws __ (June 22, 2018).

3. The force and effect of Sections 3, 4, and 5 of Act 41 are temporarily SUSPENDED pending full merits disposition of the above-captioned litigation, which shall proceed on an expedited basis.

4. The parties' stipulation regarding the Association's assets, approved by the court on July 10, 2018, (Docs. 24-25), shall serve as security for the above-issued injunction. See FED. R. CIV. P. 65(c).

5. A scheduling conference shall commence at **10:00 a.m. on Monday, July 30, 2018**. Counsel for the Association shall initiate the call to Chambers at (717) 221-3945. At the time the call is placed, counsel for all parties shall be on the line and be prepared to discuss an expedited schedule for further proceedings in the above-captioned litigation.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania