# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA PROFESSIONAL LIABILITY JOINT UNDERWRITING ASSOCIATION, | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:18-CV-1308 |
| TOM WOLF, in his Official Capacity as Governor of the Commonwealth of Pennsylvania, et al., | ) ) ) | (Chief Judge Conner) |
| *Defendants* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** other: DECLARATORY JUDGMENT BE AND IS HEREBY ENTERED in favor of plaintiff Pennsylvania Professional Liability Joint Underwriting Association ("the Association") and against defendants Jospeh B. Scarnati, President *Pro Tempore* of the Senate, Jay Costa, Minority Leader of the Senate, Michael Turzai, Speaker of the House of Representatives, and Frank Dermody, Minority Leader of the House of Representative, (together "the legislative defendants") and Tom Wolfe, Governor of the Commonwealth and Jessica K. Altman, Insurance Commissioner of Pennsylvania (together "the executive defendants"), as follows: It is ORDERED and DECLARED that Sections 3, 4 and 5 of Act 41 of 2018, P.L. 273, No. 41 ("Act 41"), are unconstitutional in violation of the Fifth and the Fourteenth Amendments to the United States Constitution, and enforcement thereof is hereby and permanently ENJOINED, in accordance with the Court's memo and order (Docs. 59, 60) da ted 12/18/18.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge    Chief Judge Christopher C. Conner

    Upon motions for summary judgment

Date: Dec 18, 2018    *CLERK OF COURT*    PETER WELSH, Acting Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*