# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNSYLVANIA PROFESSIONAL LIABILITY JOINT UNDERWRITING ASSOCIATION,** | : : : : | **CIVIL ACTION NO. 1:18-CV-1308** (Chief Judge Conner) |
| **Plaintiff** | : : | |
| v. | : : | |
| **TOM WOLF,** in his Official Capacity as Governor of the Commonwealth of Pennsylvania, *et al.*, | : : : : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 11th day of January, 2019, upon consideration of Plaintiff Pennsylvania Joint Underwriting Association's Unopposed Motion (Doc. 64) to Stay Plaintiff's Petition for Attorney's Fees, it is hereby ORDERED that said motion is GRANTED. Submission, briefing and other deadlines associated with plaintiff's motion for attorneys' fees are STAYED pending further order of court.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania